Same case below, 60 So. 3d 1071.

**No. 11-5815. Jesus Moreno, Petitioner v. Illinois.**

565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7424.

October 11, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 406 Ill. App. 3d 1209, 376 Ill. Dec. 173, 998 N.E.2d 715.

**No. 11-5818. LaVon S. Pressley, Petitioner v. CaroMont Health Incorporated, et al.**

565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7395,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 566.

**No. 11-5823. Douglas S. Mickey, Petitioner v. Robert L. Ayers, Jr., Warden.**

565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7380.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 1223.

**No. 11-5835. Leon McKinney, Petitioner v. Don Jarriel, Warden.**

565 U.S. 952, 132 S. Ct. 420, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7390.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5837. Donald R. Nash, Petitioner v. Missouri.**

565 U.S. 952, 132 S. Ct. 421, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7280.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 339 S.W.3d 500.

**No. 11-5867. Frederick L. Pitchford, Petitioner v. Delaware North Companies, Inc., et al.**

565 U.S. 952, 132 S. Ct. 421, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7401.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5897. Edwin Von Severence, Petitioner v. Nevada.**

565 U.S. 952, 132 S. Ct. 421, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7363.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1174, 373 P.3d 960.

**No. 11-5903. Norman L. Mayes, Petitioner v. Maryland, et al.**

565 U.S. 952, 132 S. Ct. 421, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7414.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 240.